# EXHIBIT 1

# United States of America
### United States Patent and Trademark Office

# LED ZEPPELIN

**Reg. No. 4,340,692**
**Registered May 28, 2013**
**Int. Cls.: 9, 16, 25 and 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

*Acting Director of the United States Patent and Trademark Office*

SUPERHYPE TAPES LIMITED (UNITED KINGDOM CORPORATION)
91 TABERNACLE STREET
LONDON, UNITED KINGDOM EC2A4JN

FOR: SOUND RECORDINGS, NAMELY, MUSICAL SOUND AND/OR VIDEO RECORDINGS; AUDIO AND VISUAL RECORDINGS OF MUSIC AND ENTERTAINMENT; APPARATUS AND INSTRUMENTS FOR THE INPUT, OUTPUT, STORAGE, RETRIEVAL, DISPLAY, COMMUNICATION AND TRANSMISSION OF DATA, SOUND AND IMAGES, NAMELY, COMPUTERS; PRE-RECORDED MEDIA CONTAINING MUSICAL AND AUDIO AND VISUAL RECORDINGS, NAMELY, RECORDS, DISCS, TAPES, CASSETTES AND VIDEO GAME CARTRIDGES FEATURING MUSIC AND ENTERTAINMENT; COMPUTER SOFTWARE AND COMPUTER PROGRAMS FOR GAMING, MUSICAL RECORDING AND MUSICAL INSTRUMENTS; BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS; PRE-RECORDED AUDIO AND VIDEO TAPES FEATURING MUSIC AND ENTERTAINMENT; PHONOGRAPH RECORDS; BLANK RECORDABLE CDS; BLANK VIDEO AND AUDIO CASSETTES; BLANK RECORDABLE DVDS; DOWNLOADABLE MP3 FILES AND MP3 RECORDINGS FEATURING MUSIC AND ENTERTAINMENT; MP3 PLAYERS; BLANK RECORDABLE MINI-DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BOOKS IN THE FIELD OF MUSIC AND ENTERTAINMENT; BOOKLETS IN THE FIELD OF MUSIC AND ENTERTAINMENT; EVENT PROGRAMS; PERIODIC PUBLICATIONS, NAMELY, BOOKS, MAGAZINES, INSTRUCTIONAL MATTER, PRODUCT GUIDES, TEXT BOOKS, NEWSPAPERS IN THE FIELD OF MUSIC AND ENTERTAINMENT; POSTCARDS; PHOTOGRAPHS; POSTERS; GREETING CARDS; PRINTED MATTER, NAMELY, CALENDARS, WALL CHARTS, BOOKS, MAGAZINES, INSTRUCTIONAL MATTER, PRODUCT GUIDES, TEXT BOOKS, NEWSPAPERS, HANDBOOKS AND MANUALS IN THE FIELD OF MUSIC AND ENTERTAINMENT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, JACKETS, PANTS, UNDERWEAR, SWEATERS, SHIRTS, TIES, SKIRTS, SOCKS, SCARVES, SHORTS, DRESSES, BELTS, FOOTWEAR AND HEADGEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: ORNAMENTAL NOVELTY BADGES, CLOTHING BUCKLES, HAT ORNAMENTS NOT OF PRECIOUS METAL, HAIR ORNAMENTS NOT OF PRECIOUS METAL, SHOE ORNAMENTS NOT OF PRECIOUS METAL, ALL FOR WEAR; BUTTONS; ORNAMENTAL

**Reg. No. 4,340,692**    PATCHES AND APPLIQUES, ALL BEING TEXTILE SMALLWARE, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 009616871, DATED 6-3-2011, EXPIRES 12-21-2020.

OWNER OF ERPN CMNTY TM OFC REG. NO. 002551075, DATED 6-4-2003, EXPIRES 1-21-2022.

SER. NO. 85-363,156, FILED 7-5-2011.

GRETTA YAO, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

## THE LED ZEPPELIN EXPERIENCE

**Reg. No. 5,663,514**
**Registered Jan. 29, 2019**
**Int. Cl.: 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

Superhype Tapes Limited (WALES Limited company)
C/o 91 Tabernacle Street
London Ec2a 4jn
UNITED KINGDOM

CLASS 25: Articles of clothing, namely, t-shirts, jackets, pants, underwear, sweaters, shirts, ties, skirts, socks, scarves, shorts, dresses, belts; headgear, namely, hats and caps; footwear

CLASS 41: Entertainment services, namely, live audio performances by musical groups, live musical performances, live visual and audio performances by a musical group, live vocal performances by musical bands, theatrical and concert production; musical entertainment services, namely, recording, production and post-production services in the field of music, presenting live musical performances, providing non-downloadable prerecorded music on-line via a global computer network, providing live vocal performances by musical bands; publication of printed matter; production and distribution of television shows, motion picture films, video recordings and audio recordings

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 11-01-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1392503 DATED 11-02-2017, EXPIRES 11-02-2027

No claim is made to the exclusive right to use the following apart from the mark as shown: "EXPERIENCE" IN CLASS 41

SER. NO. 79-228,240, FILED 11-02-2017

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.